STEPHEN SMITH et al., as Executors, etc., Appellants, *v.* THE TOWN OF GREENWICH, Respondent.

THIS case presented the same question, and was argued and decided with *Smith* v. *Town of Greenwich* (*supra*).

---

NICHOLAS POWERS, as Administrator, etc., Respondent, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

(Argued March 21, 1895; decided April 16, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 13, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Thomas F. Magner* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.